**Motion Granted and Order filed January 17, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00642-CR
_____

**KENNETH LEE DOUDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Court at Law No. 1 & Probate Ct
Brazoria County, Texas
Trial Court Cause No. 180270**

## ORDER

Appellant's motion for en banc reconsideration is granted. Pursuant to Tex. R. App. P. 49.7, the case will be resubmitted to the court for en banc review and disposition. Further orders will follow.


PER CURIAM